UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:96-HC-51-D

UNITED STATES OF AMERICA,
Petitioner,

v.

MICHAEL EARL WILLIAMS,
Respondent.

ORDER

This matter comes before the Court on motion by the Respondent for unconditional release and discharge from civil commitment.

By Judgment dated March 14, 1996, [D.E. 8], the Respondent was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4246. On September 3, 2025, counsel for the Respondent filed a motion for unconditional release and discharge from civil commitment. The motion is supported by an annual report, [D.E. 40], filed on August 19, 2025, by the Respondent's supervising U. S. Probation Officer, stating that the Respondent no longer poses a substantial risk of bodily harm to another person or serious damage to the property of another due to his declining health. The probation officer recommends Mr. Williams' term of conditional release be terminated.

The government does not oppose the Court ruling on this motion without a hearing, and it takes no position on the issue of unconditional release and discharge from civil commitment.

The court has reviewed the motion and supporting information and finds that Respondent's release would no longer create a substantial risk of bodily injury to another person or serious damage to property of another. 18 U.S.C. § 4246(e)(1). Therefore, the Respondent no longer meets the criteria for commitment under 18 U.S.C. § 4246. Accordingly, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 4246(e), that the Respondent be unconditionally released and discharged from civil commitment. The Clerk is DIRECTED to close the case.

This __4__ day of September 2025.

*signature*
JAMES C. DEVER III
United States District Judge